UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REGINALD CRAWFORD,

    Plaintiff,

v.                                     Case No: 6:16-cv-2034-Orl-28GJK

WELLS FARGO HOME MORTGAGE,

    Defendant.

## ORDER

In light of the Joint Stipulation of Dismissal with Prejudice (Doc. 21), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 14, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record